UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| ROOSEVELT BRADLEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:24-cv-209-PPS-JEM |
| | ) | |
| ROD'S WESTERN PALACE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Parties' Stipulation for Dismissal with Prejudice [DE 15] is **SO ORDERED**. Pursuant to Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED:  October 7, 2024.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1